IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LYNN WATERS,<br><br>        Plaintiff,<br><br>  vs.<br><br>LT. A. DIAZ, et al.,<br><br>        Defendants.<br>_____/ | 1:08-cv-00737-OWW-GSA-PC<br><br>ORDER ADOPTING FINDINGS & RECOMMENDATIONS<br>(Doc. 5)<br><br>ORDER DENYING MOTION FOR PRELIMINARY INJUNCTIVE RELIEF |

       Michael Lynn Waters ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

       On June 5, 2008, findings and recommendations were entered, recommending that plaintiff's motion for preliminary injunctive relief be denied. Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days. On June 18, 2008, plaintiff filed objections.

       In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on June 5, 2008, are adopted in full; and

2. Plaintiff's motion for preliminary injunctive relief, filed on May 27, 2005 within the body of the complaint, is DENIED.

IT IS SO ORDERED.

**Dated:   July 23, 2008**              /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE