IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LYNN WATERS, | 1:08-cv-00737-OWW-GSA-PC |
| Plaintiff, | ORDER DISREGARDING MOTIONS AS MOOT |
| vs. | (Docs. 20, 21.) |
| LT. A. DIAZ, et al., | |
| Defendants. | |

Michael Lynn Waters ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action was dismissed by the Court on September 22, 2008. (Doc. 17.) On August 26, 2010, plaintiff filed a motion for preliminary injunction and a motion to add defendants to this action. (Docs. 20, 21.) In light of the fact that this action has been dismissed, and the case was closed by the Court on September 22, 2008, IT IS HEREBY ORDERED that plaintiff's motions filed on August 26, 2010, are DISREGARDED as moot.

IT IS SO ORDERED.

Dated:  August 30, 2010         /s/ Gary S. Austin
                                UNITED STATES MAGISTRATE JUDGE